# Court of Appeals
# of the State of Georgia

ATLANTA,____March 19, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0294.  IN THE INTEREST OF: S. B. H., A CHILD.**

Timothy and Teresa Hooper filed this application for discretionary appeal from the trial court's order denying their petition to adopt minor child S. B. H.  Final orders in adoption cases, however, may be appealed directly under OCGA § 5-6-34 (a) (1). *Rokowski v. Gilbert*, 275 Ga. App. 305 (1) (620 SE2d 509) (2005); see also *Families First v. Gordon*, 211 Ga. App. 272, 274 (1) (439 SE2d 34) (1993).  Under OCGA § 5-6-35 (j), this Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. Accordingly, this application is hereby **GRANTED**. The Hoopers shall have 10 days from the date of this order to file a notice of appeal with the superior court. The superior court is instructed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,_____03/19/2015_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*